United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 25-12677-djb
James R Heileman  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Oct 10, 2025      Form ID: 318      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James R Heileman, 11725 Millbrook Rd., Philadelphia, PA 19154-3617 |
| 15025682 | | Comcast Communications, Attn: Bankruptcy, 1065 W Levoy Dr, Ste 100, Taylorsville, UT 84123-2979 |
| 15025684 | + | Crozer Health, PO Box 9800, Coral Springs, FL 33075-0800 |
| 15025685 | + | Dedicated, 1970 Oakcrest Avenue, Suite 217, Saint Paul, MN 55113-2624 |
| 15025690 | | Medicredit, Inc, PO Box 1280, Oaks, PA 19456-1280 |
| 15025691 | + | On Deck Capital, Inc., c/o Derek J. Barclay, Esq., 1275 E. Fort Union Blvd. Suite 116, Midvale, UT 84047-1887 |
| 15025674 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| 15025699 | + | Trinity Health, Nazareth Hospital, 2601 Holmes Ave, Philadelphia, PA 19152-2096 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Oct 11 2025 04:31:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | Email/Text: megan.harper@phila.gov | Oct 11 2025 00:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Oct 11 2025 04:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15025679 | | EDI: GMACFS.COM | Oct 11 2025 04:31:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 15025680 | ^ | MEBN | Oct 11 2025 00:30:23 | Altus Receivables Management, 2121 Airline, Suite 520, Metairie, LA 70001-5987 |
| 15025681 | | EDI: PRA.COM | Oct 11 2025 04:31:00 | Barclays Bank Delaware, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15025678 | | Email/Text: megan.harper@phila.gov | Oct 11 2025 00:56:00 | City of Philadelphia, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15025683 | | Email/Text: correspondence@credit-control.com | Oct 11 2025 00:56:00 | Credit Control, LLC, Elan Financial Services, 3300 Rider Trail, Suite 500, Earth City, MO 63045 |
| 15025686 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 11 2025 00:56:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 15025687 | | Email/Text: bankruptcyfilings@fundbox.com | Oct 11 2025 00:56:00 | Fundbox Inc, 5760 Legacy Dr, Ste B3-535, Plano, TX 75024 |
| 15025671 | + | EDI: IRS.COM | Oct 11 2025 04:31:00 | Internal Revenue Service, PO Box 7346, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 10, 2025 | Form ID: 318 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 15025689 | + | Email/Text: notices@kalamatacapitalgroup.com | Oct 11 2025 00:56:00 | Kalamata Capital Group, LLC, 7315 Wisconsin Avenue, Suite 550 East, Bethesda, MD 20814-3202 |
| 15025693 | | EDI: PRA.COM | Oct 11 2025 04:31:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502 |
| 15025692 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 11 2025 00:56:00 | Peco, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 15025672 | + | EDI: PENNDEPTREV | Oct 11 2025 04:31:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15025675 | ^ | MEBN | Oct 11 2025 00:30:26 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15025677 | + | Email/Text: bankruptcy@philapark.org | Oct 11 2025 00:57:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15025694 | + | Email/Text: collections@rapidadvance.com | Oct 11 2025 00:56:00 | Rapid Finance, 4500 East West Highway, 6th Floor, Bethesda, MD 20814-3327 |
| 15025695 | + | Email/Text: bankruptcynotices@sba.gov | Oct 11 2025 00:56:00 | Small Business Association, 409 3rd St., SW, Washington, DC 20416-0002 |
| 15025696 | + | Email/Text: bankruptcy@sw-credit.com | Oct 11 2025 00:56:00 | Southwest Credit Systems, LP, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 15025698 | | EDI: TDBANKNORTH.COM | Oct 11 2025 04:31:00 | Td Bank, N.A., Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 15025697 | + | EDI: TDBANKNORTH.COM | Oct 11 2025 04:31:00 | TD Bank, PO Box 100290, Columbia, SC 29202-3290 |
| 15025676 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 11 2025 00:56:00 | U.S. Attorney's Office, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15025700 | | EDI: USBANKARS.COM | Oct 11 2025 04:31:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 15025673 | ^ | MEBN | Oct 11 2025 00:30:14 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15025701 | | Email/Text: collections@waypoint.com | Oct 11 2025 00:56:00 | Waypoint Resource Group, Attn: Bankruptcy, 1065 W Levoy Dr, Ste 100, Taylorsville, UT 84123-2979 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**   **Bypass Reason**   **Name and Address**
15025688        ##+                Funding Circle, USA, 85 2nd Street, Suite 400, San Francisco, CA 94105-3462

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 10, 2025 | Form ID: 318 | Total Noticed: 34 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2025  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor James R Heileman brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | James R Heileman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7669<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 25–12677–djb | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James R Heileman

<u>10/9/25</u>

**By the court:** <u>Derek J Baker</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**